UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:
CRONIN, JOHN J.
CRONIN, DENISE M.

CASE NO. 01-10640-CJK

_____ Debtor(s)

## TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Debora A. Casey, Trustee, having been assigned trustee of the above-named debtor(s) report that I have neither received or distributed any property or money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property of the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered.

I request that this report be approved, and that I be discharged from any further duties as trustee herein.

I hereby certify that on this date, the original of this report was filed with the Bankruptcy Court and that a copy was transmitted to the United States Trustee and served upon the Debtors counsel (Debtor if pro se).

Date: 03/15/01

DEBORA A. CASEY, TRUSTEE

cc: Ronald N. Whitney, Esq.

---

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It is hereby Ordered that the trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. §350(a)

Dated: _____    _____
                          U.S. Bankruptcy Judge